IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GEORGE NEAL WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv329 |
| LARRY GIST UNIT | § | |

<u>REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE</u>

Plaintiff George Neal Williams, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. As plaintiff has not paid the required filing fee, he appears to be attempting to proceed with this matter on an *in forma pauperis* basis. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

<u>Discussion</u>

Title 28 U.S.C. § 1915(g) prohibits prisoners from repeatedly filing frivolous or malicious complaints on an *in forma pauperis* basis, as well as complaints that fail to state a claim upon which relief may be granted. Section 1915(g) provides as follows:

> In nor event shall a prisoner bring a civil action or appeal a judgment in a civil action [*in forma pauperis*] . . . if the prisoner has, on three or more occasions . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Prior to the date on which he filed this lawsuit, at least three lawsuits and appeals filed by plaintiff were dismissed as frivolous or for failure to state a claim. *Williams v. Dretke*, 306 F. App'x 164, 167 (5th Cir. 2009). As a result, Section 1915(g) is applicable.

In his complaint, which is dated August 3, 2022, plaintiff states he was subjected to unconstitutional conditions of confinement when his unit was "locked down" for at least two weeks

after the second week of May.  These allegations do not demonstrate plaintiff was in imminent danger of serious physical injury on the date he filed this lawsuit.  Section 1915(g) therefore bars plaintiff from proceeding with this lawsuit on an *in forma pauperis* basis.

### Recommendation

This lawsuit should be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

### Objections

Objections must be (1) specific, (2) in writing, and (3) filed within 14 days after receiving a copy of this report.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, (5th Cir. 1996) (*en banc*).

SIGNED this 30th day of August, 2022.

_____
Zack Hawthorn
United States Magistrate Judge